**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROL NICOLL OLIVA CELI,<br><br>Petitioner,<br><br>v.<br><br>JAMES JANECKA, et al.,<br><br>Respondents. | Case No. 5:25-cv-01904-ODW-RAO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Dkt. No. 1; Respondents' Answer, Dkt. No. 10; Petitioner's Traverse, Dkt. No. 11; the December 18, 2025 Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 16; Respondents' Objection to the Report, Dkt. No. 20; and all of the records and files herein.

The Court has engaged in a *de novo* review of those portions of the Report to which Respondents have objected and does not find Respondents' objections persuasive. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report.

///

///

IT IS ORDERED that:

(1) The Petition is GRANTED;

(2) Respondents are ORDERED to immediately release Petitioner from custody;

(3) It is further ORDERED that Respondents cannot re-detain Petitioner without following the procedures set forth in 8 § C.F.R. 241.4(1) and/or 241.13(i);

(4) The parties are ORDERED to file a joint status report no later than ten (10) working days after the date of this Order confirming that Petitioner has been released.

DATED: December 30, 2025

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

2