JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL NICOLL OLIVA CELI, | Case No. CV 5:25-01904 ODW (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES JANECKA, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted.

DATED: January 13, 2026

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE